IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE CABALLERO and ANGELICA CABALLERO,

    Plaintiffs,

  v.

THE BANK OF NEW YORK MELLON.

    Defendant.

No. C 13-05701 WHA

**SUA SPONTE JUDICIAL REFERRAL**

    In accordance with Civil Local Rule 3–12, it is **HEREBY ORDERED** that this action is referred to Judge Edward Chen to determine whether it is related to *Jose Caballero and Angelica Caballero v. The Bank of New York Mellon*, No. 13-3178.

**IT IS SO ORDERED.**

Dated:  December 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE