United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. CABALLERO, *et al.*, | No. C-13-5701 EMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| THE BANK OF NEW YORK MELLON fka The Bank of New York as Successor to JP Morgan Chase Bank N.A. as Trustee for Holders of SAMI II Trust 2006-AR7, | **(Docket No. 18)** |
| Defendant. | |
| _____/ | |

On October 25, 2013, Plaintiffs Jose J. Caballero and Angelica M. Caballero ("Plaintiffs") brought suit against The Bank of New York Mellon ("Defendant") formerly known as The Bank of New York as Successor to JP Morgan Chase Bank, N.A. as Trustee for Holders of SAMI II Trust 2006-AR7, alleging various mortgage-related causes of action. Docket No. 1. Plaintiffs are represented by counsel Linda Z. Voss.

Currently pending before the Court is Defendant's Motion to Dismiss Plaintiffs' complaint pursuant to Federal Rules of Civil Procedure 12(b)(6). Docket No. 18. The Court **GRANTS** Defendant's Motion for the reasons set forth below.

This is the second time this suit is before the Court. On May 31, 2013, Plaintiffs had filed a suit against Defendant based on substantially similar allegations. *See Caballero v. Bank of New York Mellon*, 3:13-cv-3178-EMC ("*Caballero I*") at Docket No. 1. Both times, Plaintiffs initially filed suit in San Mateo County Superior Court but Defendant removed the action to the Northern District. Plaintiffs were represented by Counsel Voss in the previous suit as well. Also both times,

Defendant filed a motion to dismiss and Plaintiffs failed to file an opposition. *See* Docket No. 20; *Caballero I* at Docket No. 19. In fact, Counsel Voss could not then and cannot now file an opposition on behalf of Plaintiffs because she was barred from practice in the Northern District on July 8, 2013. *See In the Matter of Linda Z. Voss*, 3:13-mc-80120-WHA, Docket Nos. 1, 3.

In *Caballero I*, the Court ordered Counsel Voss to notify Plaintiffs that she has been suspended from practice before the Court and that Defendant filed a motion to dismiss against them, and to serve Plaintiffs a copy of the motion to dismiss and the order. *Caballero I* at Docket No. 22. Counsel Voss filed a declaration under penalty of perjury that she complied with the Court's order and attached proofs of service. *Id*. at Docket No. 27. The Court dismissed the case without prejudice for failure to prosecute. *Id*. at Docket No. 23.

The Court **GRANTS** Defendant's Motion to Dismiss without prejudice, for Plaintiffs' failure to prosecute. The Clerk of the Court is directed to mail a copy of this order to Plaintiffs' addresses filed with the Court. *See Caballero I* at Docket No. 27.

This order disposes of Docket No. 18.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 24, 2014

_____
EDWARD M. CHEN
United States District Judge

2